IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| MAUREEN GISONDI | : |
| DEBTOR(S) | : BANKRUPTCY NO. 08-1444  SR |
| MAUREEN GISONDI | : |
| PLAINTIFF | : |
| v. | : |
| COUNTRYWIDE HOME LOANS, INC., | : |
| CROSS COUNTRY FUNDING, LLC | : |
| DEFENDANTS | : |
| | : ADV. NO. 08-170 |

# ORDER

**AND NOW**, upon consideration of the Plaintiff's Motion for Permission to Amend Complaint and Defendant Countrywide Home Loans, Inc.'s Motion for Summary Judgment, after a hearing held on March 5, 2009, and for the reasons set forth in the foregoing Opinion, it is hereby:

**Ordered,** that the Plaintiff's Motion is granted as follows: Count I may be amended to drop Countrywide Home Loans, Inc. and to add Wells Fargo (SAMI II 2006-AR 7) and Countrywide Bank, N.A.; and it is

**Further Ordered**, that as to Wells Fargo (SAMI II 2006-AR 7), Count I may be amended to plead a claim for rescission only; and it is

**Further Ordered**, that Plaintiff shall have ten (10) days from the date of the entry of this order to file an amended complaint consistent with the foregoing Opinion

and proceed in accordance with the applicable rules of civil procedure with regard to obtaining a summons for and effecting service of process upon an added party; and it is **Further Ordered**, that as a result of the disposition of the Plaintiff's Motion, Defendant's Motion for Summary Judgment is denied as moot.

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: April 2, 2009

Interested Parties:

George Conway, Esquire
Office Of The U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia PA  19106

Counsel for Plaintiff

David A. Scholl, Esquire
6 St. Albans Avenue
Newtown Square, PA 19073

Counsel for Defendant
Countrywide Home Loans, Inc.

Daniel J.T. McKenna, Esquire
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Fl
Philadelphia, PA 19103

Cross Country Funding LLC
701 Spring Mill Avenue
Conshohocken, PA 19428

Wells Fargo (SAMI II 2006 AR 7)
Wells Fargo Home Mortgage, Inc.
Corporation Services Co.
2704 Commerce Drive
Harrisburg, PA 17110